**Name and Prisoner/Booking Number:** Kevin Lewis JR AZ6665

**Place of Confinement:** CSP-Sacramento

**Mailing Address:** ~~Represa~~ P.O. Box 290066

**City, State, Zip Code:** Represa, CA 95671

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED
Oct 30, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

**(Full Name of Plaintiff):** Kevin Lewis JR

Plaintiff,

v.

**(Full Name of Defendant):**
(1) CDCR-CSP-SAC
(2) Jeff Lynch
(3) R. Jackson
(4) _____

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

**CASE NO.** 2:24-cv-3001 JDP (PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: CSP-SAC Represa

## B. DEFENDANTS

1. Name of first Defendant: **Jeff Lynch**. The first Defendant is employed as: **Executive Warden** (Position and Title) at **CSP-Sacramento** (Institution).

2. Name of second Defendant: **R. Jackson**. The second Defendant is employed as: **Associate Warden** (Position and Title) at **CSP-Sacramento** (Institution).

3. Name of third Defendant: **Jerome Willis**. The third Defendant is employed as: **Correctional Officer** (Position and Title) at **Kern Valley State Prison** (Institution).

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ (Position and Title) at _____ (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☒ Yes  ☐ No

2. If yes, how many lawsuits have you filed? **1**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **Kevin Lewis Jr** v. **Alan Gumto et al**
      2. Court and case number: **Fresno CV:1:22:00362-CBD PC**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **Still pending**

   b. Second prior lawsuit:
      1. Parties: **N/A** v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: **N/A** v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: _Constitutional rights 4, 8, 11, 14_

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☑ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what each **Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _Defendants allowed employees to tamper with my legal mail, write fictious disciplinary reports, withhold personal property, packages and reimbursement items. The are not allowing me to be close to family per SB saber. The involuntarily medicated me for three (3) years to subdue me from freedom of speech. Jerome Willis has used CSP-SAC to put antiseptics in my food they stole 1500 USD of personal property in three years violating all amendment rights they retaliated by putting Cloroform, Syntok Sulfer sulfates sleep medications in my foods_

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   _mental health was severly tampered with I took monetary loses and placed in danger_

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _N/A_

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: _____

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what each **Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Jerome willis used Jeff Lynch institution which is CSP-SAC to poison religious meals, they used prison gangs to try to kill me, they called me "Snitch" that "FBI informant" and Jerome paid inmates to tell on inmates using my name.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Character assignated, immenient danger at CSP-SAC, failed transfer to CSP-LAC

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: _8th admendment_

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☒ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: ____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _Jerome willis stole $300 when I was at california medical facility in 2020 $200 plus $530 $110, $300 in cherichable and sentimental items from 2019-2024 Jeff Lynch knew all about it they stole a $146.90 package they poisoned canteen food items for six years_

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s),
   _food poisoning damage Jenison Canteen for six(6) years_

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III?   ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?   ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

investigation and criminal charges brought against Jemme willis and $125,000 in pain and suffering

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10-24-24__
DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.