Date\Time: 11/5/2024 8:35:54 AM
Institution: SAC

# CDCR
## Inmate Statement Report

2:24-cv-03001-JDP (PC)

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| AZ6665 | LEWIS, KEVIN | SAC | A  002 1 | 005001 |

| Current Available Balance: | $10.00 |
|---|---|

<span style="color:red">THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THE OFFICE
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY *Christina Mann* / Trust office</span>

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 05/01/2024 | SAC | BEGINNING BALANCE | | | | $5.00 |
| 05/13/2024 | SAC | JPAY | 0000000169291353 | | $20.00 | $25.00 |
| 05/13/2024 | SAC | RESTITUTION FINE PAYMENT | 0000000169291353 | | ($10.00) | $15.00 |
| 05/31/2024 | SAC | KIOSK REQUEST - GTL | | | ($5.00) | $10.00 |
| 08/08/2024 | CMF | TRACS TRANSFER IN | TX08082024 | | $10.00 | $10.00 |
| 08/08/2024 | SAC | TRACS TRANSFER OUT | TX08082024 | | ($10.00) | $0.00 |
| 08/20/2024 | CMF | TRACS TRANSFER OUT | TX08202024 | | ($10.00) | $0.00 |
| 08/20/2024 | SAC | TRACS TRANSFER IN | TX08202024 | | $10.00 | $10.00 |
| 10/06/2024 | CMF | TRACS TRANSFER IN | TX10062024 | | $10.00 | $10.00 |
| 10/06/2024 | SAC | TRACS TRANSFER OUT | TX10062024 | | ($10.00) | $0.00 |
| 10/17/2024 | CMF | TRACS TRANSFER OUT | TX10172024 | | ($10.00) | $0.00 |
| 10/17/2024 | SAC | TRACS TRANSFER IN | TX10172024 | | $10.00 | $10.00 |

## Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|

**No information was found for the given criteria.**

## Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| FEDERAL FILING FEE | 1:22-CV-00628-BAK | $350.00 | $0.00 | $301.68 |

## Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | YA093453 | Fulfilled | $300.00 | $0.00 | $0.00 | $0.00 |
| RESTITUTION FINE | DF016056 | Active | $300.00 | $0.00 | ($10.00) | $97.50 |
| RESTITUTION FINE | DF016005 | Active | $300.00 | $0.00 | $0.00 | $300.00 |

2