1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

11 | KEVIN LEWIS, JR.,                              Case No.  2:24-cv-3001-JDP (P)

12 |              Plaintiff,

13 |      v.                                        ORDER TO SHOW CAUSE

14 | CDCR CSP SAC, *et al.*,

15 |              Defendants.

16

17      On March 3, 2025, I granted plaintiff's motion to amend his complaint and ordered him to

18 file an amended complaint within thirty days.  ECF No. 6.  To date, plaintiff has not filed any

19 response.

20      The court has the inherent power to control its docket and may, in the exercise of that

21 power, impose sanctions where appropriate, including dismissal.  *Bautista v. Los Angeles Cnty.*,

22 216 F.3d 837, 841 (9th Cir. 2000); *see* Local Rule 110 ("Failure of counsel or of a party to

23 comply with these Rules or with any order of the Court may be grounds for imposition by the

24 Court of any and all sanctions . . . within the inherent power of the Court.").  A court may dismiss

25 an action based on a party's failure to prosecute an action, failure to obey a court order, or failure

26 to comply with local rules.  *See Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986)

27 (dismissal for lack of prosecution and failure to comply with local rules).

28      I will give plaintiff a chance to explain why the court should not dismiss the case for his

failure to file an amended complaint.  Plaintiff's failure to respond to this order will constitute a failure to comply with a court order and will result in a recommendation that this action be dismissed.  Accordingly, plaintiff is ordered to show cause within twenty-one days why this case should not be dismissed for failure to prosecute and failure to comply with court orders.  Should plaintiff wish to continue with this lawsuit, he shall file, within twenty-one days, an amended complaint.

IT IS SO ORDERED.

Dated:   __May 6, 2025__                        _____
                                               JEREMY D. PETERSON
                                               UNITED STATES MAGISTRATE JUDGE